### 16268.   HORTON *v.* THE STATE.

LUKE, J. The motion for a new trial being based only on the usual general
grounds, and there being ample evidence to authorize the verdict, which
has the approval of the trial judge, the judgment overruling the motion
for a new trial must be

> *Affirmed.   Broyles, C. J., and Bloodworth, J., concur.*
>
> DECIDED MARCH 27, 1925.

Assault with intent to murder; from Fulton superior court—
Judge Humphries. January 10, 1925.

*H. A. Allen,* for plaintiff in error.

*John A. Boykin, solicitor-general, Ralph H. Pharr,* contra.